# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING ORAL** |
| | ) | **MOTION TO CONTINUE** |
| v. | ) | **DETENTION HEARING** |
| | ) | |
| Vincent Meredith Hunts Along, Sr., | ) | Case No.: 1:24-cr-00213 |
| | ) | |
| Defendant. | ) | |

On January 14, 2025, the court held a Detention Hearing, during which Defendant was present. At the time of the hearing, Defendant put forth an oral motion requesting continuance of the hearing to a later date and time. The United States does not oppose Defendant's motion.

For the reasons articulated on the record, the court **GRANTS** Defendant's oral motion. Defendant's Detention Hearing shall be continued to January 21, 2025, at 2:30PM via telephone.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court